1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| KIMOTHY WYNN, | CASE NO. 11-5590 RJB KLS |
|---|---|
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| v. | |
| WASHINGTON DEPARTMENT OF CORRECTIONS, et. al., | |
| Defendants. | |

This matter comes before the Court on the Report and Recommendation of U.S. Magistrate Judge Karen L. Strombom.  Dkt. 29.  The Court has considered the Report and Recommendation, objections, if any, and the remaining record.

The Report and Recommendation should be adopted.

Accordingly, it is **ORDERED** that:

1) The Report and Recommendation (Dkt. 29) is **ADOPTED**;

2) Defendants' Motion to Dismiss (Dkt. 27 ) is **GRANTED**;

ORDER ADOPTING REPORT AND
RECOMMENDATION- 1

3) Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE,** except his property claims are **DISMISSED WITH PREJUDICE**.

4) The Clerk is directed to send a copy of this Order to Plaintiff, counsel of record, and to the Hon. Karen L. Strombom.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 6th day of November, 2012.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge